UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA BERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANOFI-AVENTIS U.S. LLC,<br><br>　　　　Defendant. | Case No. 1:23-cv-01529-JLT-CDB<br><br>ORDER GRANTING APPLICATIONS OF DANIEL P. MARKOFF AND BRIA A. HANLON TO PRACTICE *PRO HAC VICE*<br><br>(Docs. 15, 16) |

　　The Court has considered the applications of Daniel P. Markoff and Bria A. Hanlon, attorneys for Plaintiff Diana Bert, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Docs. 15, 16). In light of the applications and for good cause appearing, the applications for admission to practice *pro hac vice* are HEREBY GRANTED.

　　The *pro hac vice* attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　　Dated: __December 7, 2023__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE